+

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LESLIE PATTERSON,                          )
                                           )
      Plaintiff,                      )
                                           )
vs.                                        )    Case No.: 1:18-cv-1270
                                           )
THE LINCOLN NATIONAL LIFE                  )
INSURANCE COMPANY and MID                  )
AMERICA CLINICAL LABORATORIES,             )
LLC, SHORT TERM and LONG TERM              )
DISABILITY PLAN,                           )
                                           )
                                           )
      Defendants.                     )

## COMPLAINT

The Plaintiff, Leslie Patterson, by and through the undersigned counsel, Bridget O'Ryan,

files this Complaint against The Lincoln National Life Insurance Company ("Lincoln") and Mid

America Clinical Laboratories, LLC Short Term and Long Term Disability Plan (the "Plan") and

as cause therefore states as follows:

### I. JURISDICTION AND VENUE

1.     This action arises under the Employee Retirement Income Security Act of 1974

("ERISA"), 29 U.S.C. §1001.  The Court has jurisdiction of this case pursuant to 28

U.S.C. §1331, in that this action arises under the laws of the United States.  Specifically,

Leslie Patterson brings this action to enforce her rights under ERISA as authorized by 29

U.S.C. §1132.

2.     Defendant The Lincoln National Life Insurance Company ("Lincoln") is an Indiana

company doing business in Hamilton County, Indiana.

3.     Lincoln issued disability coverage to Mid America Clinical Laboratories Short Term and

Long Term Disability Plan.

4.     As an employee of Mid America Clinical Laboratories, LLC, Leslie Patterson is a participant of the Mid America Clinical Laboratories Short Term and Long Term Disability Plans.

5.     The Mid America Clinical Laboratories Short Term and Long Term Disability Plans agree to pay disability benefits to employees of Mid America Clinical Laboratories if they are unable to work due to sickness or injury.

6.     Venue in the Southern District of Indiana is appropriate by virtue of the Plans being administered in this District.

7.     Leslie Patterson worked as a medical technician with Mid America Clinical Laboratories ("Mid America").

8.     Ms. Patterson was forced to stop working as a result of the debilitating effects of Lyme disease, severe joint pain, chronic headaches, fatigue and paresthesia of skin. Her date of disability is June 3, 2016.

9.     When she became disabled, Ms. Patterson submitted a claim for Short Term Disability (STD) benefits that are provided through her employee benefit plan and insured by Lincoln National.   She was approved for STD beginning on May 16, 2016.

10.    On August 10, 2016, Lincoln National sent Ms. Patterson a letter notifying her that her STD benefits were terminated as of July 11, 2016.

11.    Ms. Patterson appealed Lincoln's decision in December 2016 and February 3, 2017 because Lincoln forces claimants to appeal an adverse benefit decision twice.

12.    In a letter dated March 8, 2017, Lincoln upheld their decision to terminate Ms. Patterson's STD benefits.

13.    Subsequently, Ms. Patterson applied for Long Term Disability (LTD) benefits provided by Lincoln.

14.    On January 29, 2017, Lincoln denied her LTD benefits.

15.     Under the Policy, the plan participant must first seek two appeals of the adverse claim decision.  Therefore, on August 11, 2017, and again on January 29, 2018, Ms. Patterson appealed Lincoln's denial of her LTD benefits.

16.     In a letter dated April 19, 2018, Lincoln upheld the decision to deny her LTD benefits claim.

17.     Ms. Patterson is disabled under the terms of the Lincoln policies, and she has provided Lincoln with ample medical proof that she meets the terms of the policy including very supportive statements from her physicians explaining in detail why she is unable to perform her job or any job.  Despite this proof, Defendant refuses to pay Ms. Patterson her disability benefits.  As a result of the denial of benefits, Ms. Patterson has suffered and continues to suffer from serious financial and emotional distress.

### III.  CLAIM FOR RELIEF

### WRONGFUL DENIAL OF EMPLOYEE BENEFITS

18.     Paragraphs 1-17 are hereby realleged and incorporated herein by reference.

19.     From June 3, 2016, when Leslie Patterson was forced to leave active employment, until the present, Ms. Patterson remains unable to perform the material duties of her regular occupation or any occupation for which she is reasonably qualified based on her education, training or experience.

20.     Ms. Patterson provided the Defendants with ample medical evidence to verify her disability under the Policy.

21.     The Defendants have intentionally and without reasonable justification denied Ms. Patterson's disability benefits in violation of Plan and ERISA.

WHEREFORE, the Plaintiff, Leslie Patterson, requests that this Honorable Court enter Judgment:

A.     Finding that Leslie Patterson is entitled to short term and long term disability benefits and order the Defendants to pay the past due benefits.

B.  Finding that Leslie Patterson is entitled to short term and long term disability benefits
and order the Defendants to pay for future monthly benefits as they become due.

C.  Awarding the Plaintiff interest on the amount of back benefits which remain unpaid.

D.  Awarding the Plaintiff reasonable reimbursement for attorneys' fees and costs incurred
as a result of the Defendants' wrongful denial of benefits.

E.  Awarding all other relief as may be just and appropriate.

Respectfully Submitted,


s/Bridget O'Ryan
Bridget O'Ryan
Attorney for Leslie Patterson
O'Ryan Law Firm
1901 Broad Ripple Avenue
Indianapolis, IN 46220
(317) 255-1000
Fax: (317) 255-1006
boryan@oryanlawfirm.com