# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | |
|---|---|
| LESLIE PATTERSON, | ) |
| *Plaintiff* | ) No. 1:18-cv-01270-WTL-TAB |
| v. | ) Judge William T. Lawrence |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and MID AMERICA CLINICAL LABORATORIES, LLC SHORT TERM and LONG TERM DISABILITY PLAN, | ) Magistrate Judge Tim A. Baker |
| *Defendants* | ) |

Stipulation approved on 2/20/2019.
/s/ William T. Lawrence, Senior Judge
Distribution via CM/ECF

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, Leslie Patterson ("Plaintiff"), and defendants, The Lincoln National Life Insurance Company ("Lincoln National"), and Group Long-Term Disability Insurance Policy No. 10205263, and Group Insurance Policy Providing Weekly Disability Income Insurance No. 10205264 (incorrectly named as Mid America Clinical Laboratories, LLC Short Term and Long Term Disability Plan) (the "Plans") (collectively, "Defendants"), hereby stipulate and agree to the dismissal of Plaintiff's Complaint and the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: */s/ Bridget O'Ryan* (with consent)
    Attorney for Plaintiff,
    Leslie Patterson

Bridget O'Ryan
O'Ryan Law Firm
1901 Broad Ripple Avenue
Indianapolis, Indiana 46220
P: 317-255-1000
boryan@oryanlawfirm.com

By: */s/ Warren von Schleicher*
    Attorney for Defendants

Warren von Schleicher (IL 6197189)
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601
P: 312-541-0300
warren.vonschleicher@svs-law.com